```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

United States of America

    v.                          Case No. 2:04-cr-193

John Allen Snoble

## ORDER

The defendant has moved for reconsideration of the extent of the downward departure from the otherwise applicable guideline sentencing range previously granted by the court at the sentencing hearing on September 8, 2006. This court has no authority at this point in time to amend the judgment of conviction previously entered in this case. Even if the court did have the authority to further reduce the defendant's sentence of incarceration, the court finds that the reduction previously awarded was appropriate, and the court would order no further reduction at this time. The motion for reconsideration of the extent of the downward departure is denied.

The defendant has moved for the court to make a recommendation to the Bureau of Prisons concerning the place of confinement. The motion is granted, and the court hereby recommends to the Bureau of Prisons that the defendant be assigned to an institution near his home in Columbus, Ohio, which is consistent with his security classification.

The defendant has requested an extension of the deadline for the execution of sentence. The request is granted, and the deadline for defendant to report to the institution designated by the Bureau of Prisons to begin serving his sentence is extended to January 7, 2007.

It is so ordered.

Date: November 13, 2006         s\James L. Graham
                         James L. Graham
                         United States District Judge